THOMAS C. WALBRIDGE, Respondent, *v.* EDWARD D. JAMES
et al., Appellants.

(Argued June 1, 1876 ; decided June 13, 1876.)

REPORTED below, 4 Hun, 793.

*Edward D. James* for the appellants.

*John C. Hulbert* for the respondent.

Agree to affirm.   No opinion.
All concur, except MILLER, J., not voting.
Judgment affirmed.

———————

ELIZABETH BORST, Respondent, *v.* THE LAKE SHORE AND
MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued June 1, 1876 ; decided June 13, 1876.)

REPORTED below, 4 Hun, 346.

*James M. Willett* for the appellant.

*Thomas C. Holmes* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.